IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEITH DOHSE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV355 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHN E. POTTER, United States Postal Service Postmaster General, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte*. In its December 14, 2004 Order (Filing No. 22), the court ordered the parties to file their report to the court pursuant to Rule 26(f) of the Federal Rules of Civil Procedure within twenty days of the Order on the defendant's motion to dismiss and motion for summary judgment (Filing No. 16), if necessary. Chief Judge Joseph F. Bataillon denied the defendant's motions at Filing No. 16 on September 8, 2005 (Filing No. 45). Therefore, the parties had to September 28, 2005, within which to file their report pursuant to Rule 26(f). Upon consideration,

**IT IS ORDERED:**

The parties are granted additional time within which to meet and confer pursuant to Fed. R. Civ. P. 26(f), and shall file their Report of Parties' Planning Conference with the court **on or before November 7, 2005**.

DATED this 19th day of October, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge