# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KEITH DOHSE,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV355 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **JOHN E. POTTER, United States** | ) | |
| **Postal Service Postmaster General,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the defendant's motion for an extension of time (Filing No. 47). The defendant seeks to postpone the requirement to meet and confer and provide initial discovery pursuant to Federal Rule of Civil Procedure 26(a) and (f), until the district court's resolution of his pending motion to dismiss and motion for summary judgment (Filing No. 40). Upon consideration,

**IT IS ORDERED:**

1. The defendant's motion for an extension of time (Filing No. 47) is granted. Discovery in this case is stayed pending the resolution of the defendant's motion to dismiss and motion for summary judgment (Filing No. 40).

2. The parties shall have **twenty (20) days** from the date an order is filed on the defendant's motion to dismiss and motion for summary judgment (Filing No. 40), in which to report to the court pursuant to Rule 26(f), if necessary.

Dated this 28th day of October, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge