> **IMPORTANT NOTICE:** AFTER ALL PARTIES HAVE SIGNED THE FORM, E-MAIL IT IN .PDF TO "consent@ned.uscourts.gov". IF PLAINTIFF IS PRO SE, MAIL TO THE CLERK'S OFFICE AT 111 South 18th Plaza, Suite 1152, Omaha, NE 68102. <u>DO NOT</u> ELECTRONICALLY FILE THIS FORM OR SUBMIT IT TO CHAMBERS.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JUN 2 6 2006

OFFICE OF THE CLERK

| | | |
|---|---|---|
| KEITH DOHSE, | ) | 8:04CV355 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CONSENT TO EXERCISE OF |
| | ) | JURISDICTION BY A UNITED |
| JOHN E. POTTER, POSTMASTER, | ) | STATES MAGISTRATE JUDGE |
| UNITED STATES POSTAL SERVICE | ) | |
| POSTMASTER GENERAL, | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States Court of Appeals for the Eighth Circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| /s/ Howard N. Epstein | For Keith Dohse, Plaintiff | 6/26/06 |
| /s/ Robert L. Homan | For John E. Potter, Defendant | 06/16/2006 |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable Thomas D. Thalken, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

June 26, 2006
Date

United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.