## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KEITH DOHSE,** | ) | **8:04CV355** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PROTECTIVE ORDER** |
| | ) | |
| **JOHN E. POTTER, POSTMASTER,** | ) | |
| **UNITED STATES POSTAL SERVICE** | ) | |
| **POSTMASTER GENERAL,** | ) | |
| | ) | |
| Defendants. | ) | |

Upon consideration of the Stipulation for Entry of Protective Order (Filing No. 65), the stipulation is adopted as set forth below.

**IT IS ORDERED**:

1. Documents and audio tapes relevant to disputed facts alleged with particularity in the pleadings from the United States Postal Service files related to the claims raised in Plaintiff's Amended Complaint shall be disclosed to Keith Dohse for use in this case.

2. Keith Dohse shall treat the information as confidential, and shall not disclose the information other than to his sister Marlys, his father and mother, his aunt Doris, and his Pastor, or further disclose or use the information for any purpose other than presenting this lawsuit and other pending litigation and disputes between the parties, without further order of the Court.

DATED this 1st day of August, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge