# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KEITH DOHSE,** | ) |
| | )         **8:04CV355** |
| **Plaintiff,** | ) |
| | ) |
| vs. | )         **ORDER** |
| | ) |
| **JOHN E. POTTER, POSTMASTER,** | ) |
| **UNITED STATES POSTAL SERVICE** | ) |
| **POSTMASTER GENERAL ,** | ) |
| | ) |
| **Defendant.** | ) |

This matter is before the Court on the motion of Howard N. Epstein to withdraw as counsel for the plaintiff (Filing No. 82).  The movant states he cannot effectively represent the plaintiff because the plaintiff has failed to maintain contact with the movant.  The movant filed proof of service of his motion on is client as requred by NEGenR 1.3(f).  The Court will allow the plaintiff an opportunity to respond to the motion.  Upon consideration,

**IT IS ORDERED:**

1.     Howard N. Epstein's motion to withdraw as counsel for the plaintiff (Filing No. 82) is held in abeyance.

2.     The plaintiff, Keith Dohse, shall have to **on or before April 16, 2007**, to respond to the motion to withdraw by filing a brief with the Clerk of Court.  If no response is received or if substitute counsel has entered an appearance by that date, the motion to withdraw will be granted.  If the motion to withdraw is granted and substitute counsel has not entered an appearance, the plaintiff will be considered proceeding *pro se* and counsel for the defendant may communicate with the plaintiff directly.

3.     Howard N. Epstein shall provide the plaintiff with a copy of this order and file proof of such service with the Clerk of Court.

DATED this 29th day of March, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge