# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KEITH DOHSE,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV355 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **JOHN E. POTTER, United States** | ) | |
| **Postal Service Postmaster General,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Motion to Extend Time (Filing No. 85). The plaintiff seeks addition time to respond to the motion of Howard N. Epstein to withdraw as counsel for the plaintiff (Filing No. 82). Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion to Extend Time (Filing No. 85) is granted.

2. The plaintiff, Keith Dohse, shall have to **on or before May 16, 2007**, to respond to the motion to withdraw by filing a brief with the Clerk of Court. If no response is received or if substitute counsel has entered an appearance by that date, the motion to withdraw will be granted. If the motion to withdraw is granted and substitute counsel has not entered an appearance, the plaintiff will be considered proceeding pro se and counsel for the defendant may communicate with the plaintiff directly.

3. The Clerk of Court shall send a copy of this order to the plaintiff at:

>   Keith Dohse
>   HC-91, Box 11D
>   Gordon, NE  69343

DATED this 16th day of April, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge