IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KEITH DOHSE,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV355 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **JOHN E. POTTER, United States** | ) | |
| **Postal Service Postmaster General,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court regarding the plaintiff's response to Howard N. Epstein's motion to withdraw as counsel for the plaintiff (Filing No. 82). The certificate of service for the plaintiff's response indicates it was mailed to counsel for the defendant and to Mr. Epstein. The plaintiff's response was received by the undersigned magistrate judge on May 15, 2007, by facsimile. The court notes "[t]he clerk's office will not, however, accept any facsimile transmission (fax) unless ordered by the court or authorized by the Administrative procedures." NECivR 5.1(a). A party filing documents without the assistance of an attorney may file documents by presenting the documents to the Clerk's Office in paper format in person or by mail to the Omaha, Nebraska location at the Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Suite 1152, Omaha, NE 68102. Upon consideration,

**IT IS ORDERED:**

1. The Clerk of Court shall file the plaintiff's submission as a brief in response to Howard N. Epstein's motion to withdraw as counsel for the plaintiff (Filing No. 82).

2. The Court will not accept future documents submitted by the plaintiff, Keith Dohse, by facsimile transmission. Mr. Dohse shall make any future filings on his own behalf by presenting the document in paper format in person or by mail.

3. Mr. Epstein shall have to **on or before May 23, 2007**, to file a reply in accordance with NECivR 7.1(c).

4. The Clerk of Court shall send a copy of this order to the plaintiff at:

      Keith Dohse
      HC 91 11D
      Gordon, NE  69343

DATED this 16th day of May, 2007.

                                    BY THE COURT:

                                    s/ Thomas D. Thalken
                                    United States Magistrate Judge