# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KEITH DOHSE,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**JOHN E. POTTER,** )<br>)<br>**Defendant.** ) | **8:04CV355**<br><br>**ORDER** |

On the court's own motion, the pretrial conference previously set for January 14, 2008, at 11:00 a.m. is cancelled and is **rescheduled for January 28, 2008 at 11:00 a.m.** before the undersigned magistrate judge, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Further, that in order to conserve time devoted to the conference, counsel are directed to provide to the undersigned magistrate judge at least one working day in advance of the conference, a copy of the final agreed on draft of the proposed final pretrial order. The copy may be delivered to the undersigned's chambers, e-mailed to the undersigned at thalken@ned.uscourts.gov, faxed to the undersigned's office (402-661-7345), or mailed to the undersigned magistrate judge so as to arrive one working day in advance of the conference.

**IT IS SO ORDERED.**

DATED this 8th day of January, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge