## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KEITH DOHSE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 8:04CV355 |
| vs. | ) | |
| | ) | ORDER |
| **JOHN E. POTTER** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon the oral request of counsel for the plaintiff and with said counsel's representation that no other party objects to the request, the **pretrial conference** previously scheduled for January 28, 2008, at 11:00 a.m. is hereby **rescheduled to February 13, 2008 at 3:00 p.m.**

DATED this 14th day of January, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge